IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01841-CMA-KLM

DIGESTOR, LLC,,

    Plaintiff,

v.

BARBARA E. POWERS, individually and as director of
   COLORADO STATE UNIVERSITY VETERNIARY DIAGNOSTIC LABORATORY,
RYAN G.L. MURPHY,
JOHN DOES 1-10,
HYDROL-PRO TECHNOLOGIES, INC., and
KEVIN A. MORRIS,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Plaintiff's Motion To Dismiss Without Prejudice (Doc. # 12). The Court having considered the Motion To Dismiss, hereby

ORDERS that this action is DISMISSED WITHOUT PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED: September __30__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge